IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MELVIN D. ROBERSON, )
)
    Petitioner, ) CIVIL ACTION NO.: CV214-048
)
v. )
)
UNITED STATES OF AMERICA, ) (Case No.: CR298-20)
)
    Respondent. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Government's Motion to Dismiss is **GRANTED**. Roberson's motion to vacate, set aside, or correct sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED** without prejudice. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 11th day of July, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)